439 A.2d 671

**In the Matter of Ronald PRIEST.**

**Appeal of Ronald PRIEST.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1981.
Decided Jan. 22, 1982.

Barry J. Grossman, Asst. City Sol., Judith N. Dean, Dep. City Sol., Gayle R. Smith, Asst. City Sol., Mark A. Aronchick, Dep. City Sol., Philadelphia, for appellee.

Kenneth E. Aaron, Philadelphia, for appellant.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

Order of the Commonwealth Court is affirmed, 408 A.2d 547.

KAUFFMAN, J., did not participate in the decision of this case.

WILKINSON, J., did not participate in the consideration or decision of this case.